[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-15890
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 30, 2013
JOHN LEY
CLERK

D. C. Docket No. 09-21453-CV-ASG

KARA MAUGHON,
on behalf of herself and
all others similarly situated,
LEVI BLASDEL,

Plaintiffs-Appellants,

versus

CARNIVAL CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 30, 2013)

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Since the filing of this appeal in 2009, the Supreme Court and our Court have touched on the precise issues raised in this appeal. Under our prior precedent rule, "we are bound to follow a prior binding precedent 'unless and until it is overruled by this court en banc or by the Supreme Court.'" United States v. Vega-Castillo, 540 F.3d 1235, 1236 (11th Cir. 2008) (quoting United States v. Brown, 342 F.3d 1245, 1246 (11th Cir. 2003)); see also id. ("Even if the reasoning of an intervening high court decision is at odds with a prior appellate court decision, that does not provide the appellate court with a basis for departing from its prior decision.").

We hold that we are bound by our decision in Pendergrast v. Sprint Nextel Co., 691 F.3d 1224 (11th Cir. 2012), to affirm the district court's Order compelling arbitration. See Vega-Castillo, 540 F.3d at 1236.

**AFFIRMED.**